**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Khaleef MUMIN, Petitioner**

**No. 554 EAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

### ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Geraldine RENZULLI, Respondent**

v.

**Frederick RENZULLI and Kristin M. Renzulli, Petitioners**

**No. 521 EAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

### ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**James SAMPLE, Petitioner**

**No. 522 EAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

### ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Portie A. ROBERTSON, Petitioner**

**No. 518 EAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**